888

No. 96–5255. RODRIGUEZ v. MITCHELL, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5256. ENRIQUEZ v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5257. HOLLOWAY v. JABE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 96–5258. GOMEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5260. WALLACE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5262. WAGNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–5263. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5264. CARDAN v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5266. BENGE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96–5267. AGUILAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5268. GLOCK v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–5270. FEHER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5271. FLORES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5273. WAGES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.